JOSEPH WATSON, *Plaintiff in Error* v. THE STATE OF FLORIDA, *Defendant in Error.*

Decision Filed April 9, 1923.

A Writ of Error to the Circuit Court for Marion County; W. S. Bullock, Judge.

*Raymond B. Bullock,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *J. B. Gaines,* Assistant, for the State.

PER CURIAM.—The judgment herein of conviction of murder in the first degree with a recommendation to mercy, is reversed on the authority of Nims v. State, 70 Fla. 530, 70 South. Rep. 565; Davis v. State, 76 Fla. 179, 79 South. Rep. 450; Baker v. State, 54 Fla. 12, 44 South. Rep. 719; Smithie v. State, 84 Fla. 498, 94 South. Rep. 156; Richardson v. State, 80 Fla. 634.

Reversed for new trial.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.